# TEST PAGE